IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS K. MILLS,

    Plaintiff,                    No. CIV S-05-0315 LKK DAD P

    vs.

DEPARTMENT OF CORRECTIONS,    <u>ORDER</u>
et al.,

    Defendants.

        On February 23, 2005, the court filed findings and recommendations recommending that this action be dismissed as duplicative. The court served these findings and recommendations on plaintiff's address of record and after mail was returned, the court reserved the document on an address provided by plaintiff in case number CIV S-04-2732 GEB CMK P. On April 18, 2005, plaintiff filed a letter to the court requesting court forms. This letter contains yet another new address. While apparently moving several times since initiating this action, plaintiff has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change. The court will direct the Clerk of the Court to reserve the findings and recommendations at plaintiff's new address. This will be the final attempt to serve the findings and recommendations when plaintiff has failed to file a notice of change of address.

1        Accordingly, IT IS ORDERED that the Clerk of the Court is directed to serve the
2  court's findings and recommendations, filed on February 23, 2005, on Thomas K. Mills T-86993,
3  P.O. Box 86164, Los Angeles, CA 90086. Plaintiff shall comply with Local Rule 83-182(f) and
4  notify the court of any future change of address. The court will not reserve the court's orders and
5  findings and recommendations absent a notice of change of address filed in this action.
6  DATED: April 22, 2005.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:4
mill315.33

2